FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 72nd District Court of Lubbock County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on February 12, 2015, the cause upon appeal to revise or reverse your judgment between

**In the Interest of M.H. and Z.H., Children v.**

**Case Number: 07-15-00046-CV Trial Court Number: 2012-502,824**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated February 12, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 72nd District Court of Lubbock County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on February 12, 2015.

*Vivian Long*
VIVIAN LONG, CLERK